B1 (Official Form 1) (04/13)

## United States Bankruptcy Court
### District of Delaware

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sport-Haley Holdings, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**45-4560885** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**200 Union Boulevard, Suite 400**<br>**Lakewood, CO 80228**   ZIP CODE **80228-0000** | Street Address of Joint Debtor (No. & Street, City, and State):   ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Jefferson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):   ZIP CODE | Mailing Address of Joint Debtor (if different from street address):   ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [x] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (04/13)

Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>Sport-Haley Holdings, Inc. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |

| Location<br>Where Filed:   - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: **See Attached Exhibit A** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
**Signature of Attorney for Debtor(s)**        (Date)

</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))

B1 (Official Form 1) (04/13)                                                                          Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**Sport-Haley Holdings, Inc.** |
|---|---|

<table>
<tr>
<td width="50%">

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

</td>
<td width="50%">

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

</td>
</tr>
<tr>
<td>

**Signature of Attorney\***

X  s _____

**WHITE AND WILLIAMS LLP**
Agatha C. Mingos, Esq.
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, Delaware 19899-0709
Telephone: (302) 467-4522
Facsimile: (302) 467-4555

**LOWENSTEIN SANDLER LLP**
Sharon Levine, Esq.
Wojciech F. Jung, Esq.
Nicole M. Brown, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

3/5/15
_____
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td>

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer )(Required by 11 U.S.C. § 110 )

_____
**Address**

X _____

_____
Date

</td>
</tr>
<tr>
<td>

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Authorized Individual

**Samuel A. Kidston**
Printed Name of Authorized Individual

**Chief Executive Officer**
Title of Authorized Individual

3/6/15
_____
Date

</td>
<td>

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

</td>
</tr>
</table>

### SPORT-HALEY HOLDINGS, INC.
### BOARD OF DIRECTORS
### MEETING MINUTES

March 4, 2015

A meeting of the Board of Directors (the "Board") of Sport-Haley Holdings, Inc., a Delaware corporation (the "Company"), was held on March 4, 2015, via conference bridge and commenced at approximately 4:00 p.m. (EST). The meeting was held and notice duly given to, or waived by, all directors.

**DIRECTORS PRESENT:**

Samuel Kidston
Arthur Goldberg

**OTHERS PRESENT**
Company counsel

A.    CALL TO ORDER

Mr. Kidston called the meeting to order and the directors present acknowledged that their attendance constituted a quorum. All participants in the meeting, including all directors present, could hear and be heard by all other participants in the meeting.

B. APPROVAL OF BANKRUPTCY PROCEEDINGS UNDER THE PROVISIONS OF CHAPTER 11 OF THE UNITED STATES CODE

Next, Mr. Kidston updated the Board on a summary of the recent Company updates and how they relate to filing for Chapter 11. Mr. Kidston then asked company counsel to summarize from the Board the steps that will be taken as part of the Chapter 11 filing. Questions were asked and discussion ensued among the Board. After full discussion, upon motion duly made and seconded, the Board unanimously approved the resolutions set forth on Schedule A hereto.

\*\*\*

There being no further business, the meeting was adjourned.

Respectfully submitted,

Samuel Kidston
Secretary of the Meeting

## SCHEDULE A

## RESOLUTIONS OF THE BOARD OF DIRECTORS
## OF SPORT-HALEY HOLDINGS, INC.

WHEREAS, the board of directors (the "Board") of Sport-Haley Holdings, Inc., a Delaware corporation (the "Company") has reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, and the market for the Company's products and services; and

WHEREAS, the Board has received, reviewed, and considered the recommendations of the management of the Company and the Company's legal and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

NOW, THEREFORE, IT IS:

RESOLVED, that, in the judgment of the Board, it is desirable and in the best interest of the Company, and its creditors, stockholders and other interested parties, that a voluntary petition (a "Petition") be filed by the Company under the provisions of the Bankruptcy Code; and it is further

RESOLVED, that, in connection with the Petition, the Company be and hereby is authorized to enter into loan transactions and borrow funds on a secured basis and transactions related to the sale of some or substantially all of its assets; and it further

RESOLVED, that the Company be and hereby is authorized to commence a case under Chapter 11 of the Bankruptcy Code and that Samuel Kidston as Chief Executive Officer and such other officers as the Chief Executive Officer directs (each, an "Officer" and collectively, the "Officers") be, and each are, authorized and directed to execute and file on behalf of the Company all petitions, schedules, lists, and other papers or documents, and to take any and all action that they deem necessary or proper to obtain such relief; and it is further

RESOLVED, that the Company is authorized and directed to retain and employ, Lowenstein Sandler LLP ("Lowenstein") as lead legal counsel to the Company in connection with its existing financial arrangements, capitalization, and to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions, make any filings or assist with any transactions to advance the Company's rights in connection therewith; and in connection therewith, the Board or any of the Officers, with the power of delegation, are authorized and directed to execute any appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Lowenstein; and be it further

**RESOLVED**, that the Company is authorized and directed to retain and employ, White & Williams LLP ("White") as Delaware legal counsel to the Company in connection with its existing financial arrangements, capitalization, and to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions, make any filings or assist with any transactions to advance the Company's rights in connection therewith; and in connection therewith, the Board or any of the Officers, with the power of delegation, are authorized and directed to execute any appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of White; and be it further

**RESOLVED**, that the Officers of each Company be, and hereby are, authorized and directed to employ any other individual and/or firm as professionals or consultants to the Company as are deemed necessary to represent and assist the Company in carrying out the Company's duties under the Bankruptcy Code, and in connection therewith, the Officers of the Company are hereby authorized and directed to execute appropriate retention agreements, and to cause to be filed an appropriate application for authority to retain the services of such firms; and it is further

**RESOLVED**, that the Officers of the Company be, and hereby are, authorized and empowered for, in the name of, and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as the Officer, in his or her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and it is further

**RESOLVED**, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of management and members of the Board, in the name and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

## SPORT-HALEY HOLDINGS, INC.


## EXHIBIT A


Pending Bankruptcy Cases Filed by Affiliates of the Debtor:


      On the date hereof, the affiliated entity listed below, including the debtor in this chapter 11 case (collectively, the "Debtors"), filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code.  Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting that the Court consolidate their chapter 11 cases for administrative purposes only.

1.      Chromcraft Revington, Inc.

## United States Bankruptcy Court
### District of Delaware

In re    Sport-Haley Holdings, Inc.

Debtor

Case No. _____

Chapter _____ **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| ADIRONDACK CAPITAL LLC<br>ATTN: HEDY A HAGE<br>283 GENESEE ST<br>UTICA, NY 13501 | | 55563 | **Common Stock** |
| ANCORA ADVISORS LLC<br>6060 PARKLAND BOULEVARD<br>SUITE 200<br>CLEVELAND, OH 44124 | | 2500 | **Common Stock** |
| ANDREW WHITMORE ILL<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>2841 E. WOODBURY DRIVE<br>ARLINGTON HEIGHTS, IL 60004 | | 10000 | **Common Stock** |
| ANGELA JACOBS<br>9840 WILD GINGER DRIVE<br>MCKINNEY, TX 75070 | | 100 | **Common Stock** |
| ANGELO G RUSSO AND<br>PHYLLIS A RUSSO JTWROS<br>13907 ALMAHURST LN<br>CYPRESS, TX 77429 | | 1000 | **Common Stock** |
| ANTHONY P THOMAS<br>IRA ROLLOVER<br>TD AMERITRADE CLEARING CUSTODIAN<br>2010 CREELY CIRCLE<br>BIRMINGHAM, AL 35235 | | 150 | **Common Stock** |
| ARTHUR L GOLDBERG<br>5600 MUNHALL RD APT 1009<br>PITTSBURGH, PA 15217 | | 5000 | **Common Stock** |
| BEN ZHOU ROTH IRA TD AMERITRADE INC<br>CUSTODIAN<br>1938 REGENCY COVE CT<br>ATLANTA, GA 30341 | | 1000 | **Common Stock** |
| BERNARD S MILLMAN<br>IRA ROLLOVER<br>TD AMERITRADE CLEARING CUSTODIAN<br>328 PACHECO ST<br>SAN FRANCISCO, CA 94116 | | 2000 | **Common Stock** |

_16_ continuation sheets attached to List of Equity Security Holders

In re   **Sport-Haley Holdings, Inc.**                                 Case No. _____

                                          **Debtor**

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **BERNARD S MILLMAN SEP IRA**<br>**TD AMERITRADE CLEARING INC CUSTODIAN**<br>**328 PACHECO ST**<br>**SAN FRANCISCO, CA 94116** | | 1000 | **Common Stock** |
| **BLAIR A BILLINGER**<br>**6405 METCALF AVE STE 316**<br>**OVERLAND PARK, KS 66202** | | 100 | **Common Stock** |
| **BONNIE J GEYMAN CUST**<br>**DARBIE VENIS**<br>**WI UNF TRANSFER TO MINORS ACT**<br>**PO BOX 9258**<br>**LONGBOAT KEY, FL 34228** | | 1 | **Common Stock** |
| **C3:23 CAPITAL PARTNERS  LP**<br>**ATTN: TREBOR C BROWN**<br>**TWO RAVINIA DRIVE**<br>**ATLANTA, GA 30346** | | 79851 | **Common Stock** |
| **CAPITAL ONE INVESTING  LLC**<br>**--OMNIBUS ACCOUNT--**<br>**83 SOUTH KING STREET STE 700**<br>**SEATTLE, WA 98104** | | 145 | **Common Stock** |
| **CAROL E BAILEY**<br>**CHARLES SCHWAB & CO INC.CUST**<br>**IRA ROLLOVER**<br>**33095 WINONA RD**<br>**SALEM, OH 44460** | | 300 | **Common Stock** |
| **CHARLES SCHWAB & CO**<br>**ATTN   LARRY MOLNAR**<br>**101 MONTGOMERY STREET**<br>**SAN FRANCISCO, CA 94104** | | 0.3959 | **Common Stock** |
| **CHERYL CAIN ROLLOVER IRA TD AMERITRA**<br>**INC CUSTODIAN**<br>**1594 MANHATTAN STREET**<br>**BOLINGBROOK, IL 60490** | | 150 | **Common Stock** |
| **CHRISTOPHER BOYER**<br>**PHYLLIS J BOYER**<br>**4308 E MONTECITO ST**<br>**TUSCON, AZ 85711** | | 100 | **Common Stock** |
| **CHRISTOPHER C TSAI**<br>**6202 WINSTON DR**<br>**BETHESDA, MD 20817** | | 750 | **Common Stock** |

Sheet __1__ of __16__ continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

In re    Sport-Haley Holdings, Inc.                                    Case No. _____
                                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| CHRISTOPHER F HERRON<br>79 COLLEGE AVE # 2<br>SOMMERVILLE, MA 02144 | | 5289 | Common Stock |
| COREY J POTTRATZ<br>11084 OTIS ST<br>WESTMINSTER, CO 80020 | | 5 | Common Stock |
| COREY LEINER BENEFICIARY IRA OF<br>RUTH LEINER IRA<br>TD AMERITRADE CLEARING INC CUSTODIAN<br>32 LEEDS LN<br>MONROE TOWNSHIP, NJ 08831 | | 3000 | Common Stock |
| CRAIG A WOLF<br>5700 GREAT EGRET DRIVE<br>LEESBURG, FL 34748 | | 115 | Common Stock |
| CROCE MANNINO<br>315 NOTT ST<br>WETHERSFIELD, CT 06109 | | 198 | Common Stock |
| CUST FPO<br>ROBERT F FOUKE IRA<br>FBO ROBERT F FOUKE<br>305 ASHTON DR<br>BROKEN ARROW, OK 74014 | | 208 | Common Stock |
| CUST FPO<br>CAROLYN SWARTZ IRRA<br>FBO CAROLYN SWARTZ<br>7385 E ELLSWORTH AVE<br>DENVER, CO 80230 | | 72 | Common Stock |
| DANIEL SCOTT KAREMPELIS<br>8700 TORRINGTON DR<br>ROSEWELL, GA 30076 | | 49146 | Common Stock |
| DANIEL W THOMAS<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>2702 JAMAICA WAY<br>DENVER, CO 80238 | | 50 | Common Stock |
| DAVID H JEN<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>10812 CAMINO RUIZ APT A<br>SAN DIAGO, CA 92126 | | 3000 | Common Stock |

Sheet __2__ of __16__ continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2014 - Best Case LLC  www.bestcase.com

In re    **Sport-Haley Holdings, Inc.**                                        Case No. _____

_____
                        **Debtor**

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| DAVID HARRISON RYMAN TTEE SHARON LEE RYMAN TTEE, RYMAN FAMILY TRUST U/A DTD 09/13/07 707 CATALINA BLVD SAN DIAGO, CA 92106 | | 5000 | Common Stock |
| DEAN GRIMES JR TOD SUBJECT TO STA TOD RULES 6681 ELK CREEK LN LAS VEGAS, NV 89156 | | 350 | Common Stock |
| DEREK L MCEWEN 2013 EAGLE DR. EDMOND, OK 73034 | | 10 | Common Stock |
| DERRICK ELIOT WENGER DERRICK WENGER 253 PURITAN ROAD WEST PALM BEACH, FL 33405 | | 3100 | Common Stock |
| DOROTHY A REILLY 16 EYRIE RD ATLANTIC HLDS, NJ 07716 | | 500 | Common Stock |
| DUSTON J HAMILTON & DAVID RODRIGUEZ JTWROS 10026 JORDAN DRIVE FREDICKSBURG, VA 22408 | | 45 | Common Stock |
| ELENA LINARDOPOULOU 13026 23RD AVE NE SEATTLE, WA 98125 | | 500 | Common Stock |
| ELENA LINARDOPOULOU APEX C/F TRADITIONAL IRA 13026 23RD AVE NE SEATTLE, WA 98125 | | 100 | Common Stock |
| ELENA LINARDOPOULOU & OLEG BABKO JT TEN 13026 23RD AVE NE SEATTLE, WA 98125 | | 3 | Common Stock |
| ELENA V LINARDOPOULOU 13026 23RD AVE NE SEATTLE, WA 98125 | | 900 | Common Stock |
| ELENA V LINARDOPOULOU 13026 23RD AVE NE SEATTLE, WA 98125 | | 3 | Common Stock |

Sheet  3   of  16  continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2014 - Best Case, LLC  www.bestcase.com

Best Case Bankruptcy

In re    **Sport-Haley Holdings, Inc.**                                    Case No. _____
                                            **Debtor**

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| EMILY LIN<br>30 CEDAR LN APT D<br>HIGHLAND PARK, NJ 08904 | | 1200 | Common Stock |
| ERIC JOHN LITWILLER<br>CHARLES SCHWAB & CO INC CUST<br>ROTH CONTRIBUTORY IRA<br>1901 60th PI E., SUITE L1016<br>BRADENTON, FL 34203 | | 1000 | Common Stock |
| ERIK THORESEN C/F<br>LILLI M THORESEN UTMA/MA<br>8 KENWAY ST<br>CAMBRIDGE, MA 02138 | | 500 | Common Stock |
| ERIK W THORESEN C/F<br>CLEMENS W THORESEN UTMA/MA<br>8 KENWAY ST<br>CAMBRIDGE, MA 02138 | | 200 | Common Stock |
| FERGUS MICHAEL CURRAN<br>E282 ALEXANDRA CONDOMINIUMS<br>MERALCO AVE<br>ORTIGAS MANILA 1605<br>PHILIPPINES | | 53646 | Common Stock |
| FIRST CLEARING  LLC<br>ATTN  PROXY DEPT<br>2801 MARKET STREET<br>SAINT LOUIS, MO 63103 | | 1 | Common Stock |
| FMT CO CUST IRA<br>FBO ROBERT JAMES MONSKI<br>5821 STONEARBOR PL<br>PINSON, AL 35126 | | 4600 | Common Stock |
| FMT CO CUST IRA<br>FBO JAMES BUSSONE<br>18 RIVERVIEW AVE # B<br>DAVERS, MA 01923 | | 4090 | Common Stock |
| FMT CO CUST IRA ROLLOVER<br>FBO ALVIN LESTER KATZ<br>111 SE 8TH AVE APT 606<br>FT LAUDERDALE, FL 33301 | | 30000 | Common Stock |
| FMT CO CUST IRA ROLLOVER<br>FBO FREDERICK RICHARD NEUMANN<br>24117 EVERGREEN RD<br>SOUTHFIELD, MI 48075 | | 3500 | Common Stock |

Sheet __4__ of __16__ continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re    **Sport-Haley Holdings, Inc.**                                            Case No. _____

_____
                                   **Debtor**

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| FMT CO CUST IRA ROLLOVER<br>FBO ANA MARIA WENGER<br>253 PURITAN RD<br>WEST PALM BEACH, FL 33405 | | 1300 | Common Stock |
| FMT CO CUST IRA ROLLOVER<br>FBO TONI ANN TURNER<br>8444 GRAY FOX LN<br>KING GEORGE, VA 22485 | | 850 | Common Stock |
| FMT CO CUST IRA ROLLOVER<br>FBO TASHA RENEE GALLEGOS<br>606 NW DEARBORN AVE<br>LAWTON, OK 73507 | | 2 | Common Stock |
| FMTC CUSTODIAN - ROTH IRA<br>FBO SEAN PL GAVIN<br>46 ELIOT ST<br>JAMAICA PLAIN, MA 02130-2752 | | 63250 | Common Stock |
| FMTC CUSTODIAN - ROTH IRA<br>FBO YA ZHOU<br>1315 MARLKRESS RD<br>CHERRY HILL, NJ 08003 | | 4000 | Common Stock |
| FMTC CUSTODIAN – ROTH IRA<br>FBO THOMAS J BOWLING<br>245 LAKESIDE DRIVE<br>TRINITY, TX 75862 | | 3500 | Common Stock |
| FMTC CUSTODIAN – ROTH IRA<br>FBO JAMES BUSSONE<br>18B RIVERVIEW AVE<br>DAVERS, MA 01923 | | 3000 | Common Stock |
| FREDRIC M DOEHRING<br>4105 SLEEPING INDIAN RD<br>FALLBROOK, CA 92028-9442 | | 213660 | Common Stock |
| G1 EXECUTION SERVICES  LLC<br>FIRM TRADING ACCOUNT<br>175 W. JACKSON BLVD<br>SUITE 1700<br>CHICAGO, IL 60604 | | 850 | Common Stock |
| GARTH MATTSON ROTH IRA<br>TD AMERITRADE CLEARING  CUSTODIAN<br>13220 NW 35TH COURT<br>VANCOUVER, WA 98685 | | 15000 | Common Stock |

Sheet __5__ of __16__ continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2014 - Best Case  LLC   www.bestcase.com                                    Best Case Bankruptcy

In re    **Sport-Haley Holdings, Inc.**                                Case No. _____

                                        **Debtor**

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| GENE L PREISSE<br>GENE L PREISSE JR JT TEN<br>1488 BELLE MEADE DR<br>COPLEY, OH 44321 | | 200 | Common Stock |
| GEORGE E SEAMON<br>NANCY LORENE MILLS JT TEN<br>214 FERN CREEK DR<br>LEXINGTON, NC 27292 | | 800 | Common Stock |
| HALEY NICOLE DIXON<br>442 FORDHAM ST<br>SEBASTIAN, FL 32958 | | 2 | Common Stock |
| HARDY M DINI<br>3833 156TH AVE SE<br>BELLEVUE, WA 98006 | | 10000 | Common Stock |
| HAROLD FICKER &<br>YVONNE FICKER JT/WROS<br>2689 MAJESTIC CT<br>E STROUDSBURG, PA 18302 | | 200 | Common Stock |
| HECTOR J LLORENS<br>4330 46 ST<br>STE. F9<br>LONG ISLAND CITY, NY 11104 | | 200 | Common Stock |
| HILTON ROSS WINTERS III<br>PO BOX 313<br>PALOUSE, WA 99161 | | 1400 | Common Stock |
| HUNTER G MUNNS<br>5690 SW 33RD TERR<br>TOPEKA, KS 66614 | | 300 | Common Stock |
| IMCO<br>TERRI LUENSMANN WORTHLES$4LOT<br>VP INVESTMENT OPS CONTROL<br>9800 FREDERICKSBURG RD<br>SAN ANTONIO, TX 78288 | | 1 | Common Stock |
| INTERNAL KEYNOTE TEST ACCT 041<br>ATTN MIKE RANALLO<br>68005 | | 1 | Common Stock |
| INTERNAL KEYNOTE TEST ACCT 086<br>ATTN MIKE RANALLO<br>68005 | | 1 | Common Stock |

Sheet __6__ of __16__ continuation sheets attached to the List of Equity Security Holders

In re    Sport-Haley Holdings, Inc.

Case No. _____

_____
Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| IRA FBO ALFRED J DIBONA JR.<br>PERSHING LLC AS CUSTODIAN<br>1520 SPRUCE ST APT 609<br>PHILADELPHIA, PA 19102 | | 200 | Common Stock |
| IRA FBO ARTHUR GOLDBERG<br>PERSHING LLC AS CUSTODIAN<br>5600 MUNHALL RD APT 1009<br>PITTSBURGH, PA 15217 | | 20000 | Common Stock |
| IRA FBO ARTHUR GOLDBERG<br>PERSHING LLC AS CUSTODIAN<br>5600 MUNHALL RD APT 1009<br>PITTSBURGH, PA 15217 | | 7003 | Common Stock |
| IRA FBO DIANA R DOMINIC<br>PERSHING LLC AS CUSTODIAN<br>10145 ASPEN WAY<br>PALM BEACH GARDENS, FL 33410 | | 500 | Common Stock |
| JAIME NAUGLE KIDSTON<br>253 BOSTON AVE APT 3<br>MEDFORD, MA 02155 | | 38454 | Common Stock |
| JAMES A OWENS<br>514 BYRON CT<br>WHEATON, IL 60187 | | 186 | Common Stock |
| JAMES BUSSONE<br>DEIDRE M BUSSONE<br>18B RIVERVIEW AVE<br>DAVERS, MA 01923 | | 8431 | Common Stock |
| JAMES R VENABLES<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>3404 N MILLBROOK AVE SPC 101<br>FRESNO, CA 93726 | | 1100 | Common Stock |
| JAMES V KRESL<br>SOUTHWEST SECURITIES INC<br>AS IRA CUSTODIAN<br>740 WOODLEA RD<br>KANKAKEE, IL 60901 | | 11300 | Common Stock |
| JAMES W MULKA SR<br>SOUTHWEST SECURITIES INC<br>AS SEP IRA CUSTODIAN<br>1225 PAR VIEW DR<br>SANIBEL, FL 33957 | | 1200 | Common Stock |

Sheet ___7___ of ___16___ continuation sheets attached to the List of Equity Security Holders

In re    **Sport-Haley Holdings, Inc.**

**Debtor**

Case No. _____

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **JEFFREY J KUBIK**<br>**6906 CLOVER CT**<br>**DARIEN, IL 60561** | | 1000 | **Common Stock** |
| **JOHN F MOOERS &**<br>**MIRIAM A MOOERS TTEE**<br>**MOOERS FAMILY TRUST, U/A DTD 12/06/94**<br>**1349 N EASTBURY AVE**<br>**COVINA, CA 91722** | | 150 | **Common Stock** |
| **JOHN P KNEAFSEY**<br>**252 VENETIAN DR**<br>**DELRAY BEACH FL 33483-6810**<br>**DELRAY BEACH, FL 33483** | | 5000 | **Common Stock** |
| **JONATHAN M STARR**<br>**27 DICK DR**<br>**WORCESTER, MA 01609** | | 1200 | **Common Stock** |
| **JOSEPH PRESSBURG TTEE**<br>**DEF/BEN PEN TST OF JOSEPH**<br>**PRESSBURG CPA, U/A DTD 01/01/79**<br>**28129 RIDGEPOINT CT**<br>**RANCHO PALOS VERDES, CA 90275** | | 104.6041 | **Common Stock** |
| **JOSEPH RICHARD HILL**<br>**CHARLES SCHWAB & CO INC CUST**<br>**IRA CONTRIBUTORY**<br>**5 ALTA TER**<br>**CORTE MADERA, CA 94925** | | 15000 | **Common Stock** |
| **JUNE A SMITH**<br>**PO BOX 1074**<br>**MATTAPOISETT, MA 02739** | | 50 | **Common Stock** |
| **KAREN L GRIMES**<br>**2130 E TORINO AVE**<br>**LAS VEGAS, NV 89123** | | 50 | **Common Stock** |
| **KENNETH E MORTON SR TTEE**<br>**KATHLEEN A MORTON TTEE, U/A DTD 02/09/1996**<br>**BY KENNETH E MORTON SR ET AL**<br>**3528 KERSEY LN**<br>**SACRAMENTO, CA 95864** | | 200 | **Common Stock** |
| **KENT ICHIDA &**<br>**LOREEN A ICHIDA JTWROS**<br>**28624 BAMFIELD DRIVE**<br>**AGOURA, CA 91301** | | 200 | **Common Stock** |

In re    **Sport-Haley Holdings, Inc.**                                    Case No. _____

                                    **Debtor**

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **KEVIN SILVESTRI**<br>**9 EVERETT CT**<br>**MARLBORO, NJ 07746** | | 1000 | **Common Stock** |
| **KEVIN WILLARD NISBET**<br>**CHARLES SCHWAB & CO INC CUST**<br>**IRA ROLLOVER**<br>**329 WHISKERY LN**<br>**IRMO, SC 29063** | | 30000 | **Common Stock** |
| **KEVIN WILLARD NISBET &**<br>**JULIE LYNN NISBET JT TEN**<br>**329 WHISKERY LN**<br>**IRMO, SC 29063** | | 3533 | **Common Stock** |
| **KEYTRADE BANK LUXEMBOURG S.A.**<br>**EQUITIES/OPTIONS OMNIBUS**<br>**62 RUE CHARLES MARTEL**<br>**L-2134 LUXEMBOURG** | | 1200 | **Common Stock** |
| **KEYTRADE BANK SA-NV**<br>**#NAME?**<br>**ACCOUNT--**<br>**100 BLVD DU SOUVERAIN B 1170**<br>**BRUSSELS BELGIUM** | | 2200 | **Common Stock** |
| **KIM A SABATINO &**<br>**LISA A SABATINO JT TEN**<br>**1400 LAMPLIGHTER LN**<br>**EDMOND, OK 73034** | | 4823 | **Common Stock** |
| **LAURA PITTMAN**<br>**5940 SINGLETREE LN**<br>**PARKER, CO 80134** | | 55 | **Common Stock** |
| **LEE R TAUTZ**<br>**10592 MOSSROCK RUN**<br>**LITTLETON, CO 80125** | | 3000 | **Common Stock** |
| **LINDA GERSTENBLITH**<br>**50 THOMAS DR**<br>**MANALAPAN, NJ 07726** | | 200 | **Common Stock** |
| **LLOYD MARSH TRUST**<br>**UA 07 13 06**<br>**LLOYD MARSH TR**<br>**22671 TUCKAHOE ROAD**<br>**ALVA, FL 33920** | | 200 | **Common Stock** |
| **LLOYD SEMS**<br>**291 MENDHAM RD**<br>**BERNARDSVILLE, NJ 07924** | | 38426 | **Common Stock** |

Sheet __9__ of __16__ continuation sheets attached to the List of Equity Security Holders

In re    **Sport-Haley Holdings, Inc.**
_____
                    **Debtor**

Case No._____

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
| --- | --- | --- | --- |
| **LYNN T SAKMANN**<br>**1723 READING BLVD**<br>**READING, PA 19610** | | 1 | **Common Stock** |
| **M. STEPHANE HALLE ES QUALITE DE**<br>**TUTEUR POUR**<br>**FREDERIC HALLE**<br>**5332 RUE DU SUREAU**<br>**PIERREFONDS QC  H8Z 0A7** | | 12897 | **Common Stock** |
| **MARK MALEY**<br>**1806 LOFTY MAPLE TRL**<br>**KINGWOOD, TX 77345** | | 50 | **Common Stock** |
| **MARTIN T BOWLING**<br>**4121 COUNTY ROAD 326**<br>**ALVIN, TX 77511** | | 5000 | **Common Stock** |
| **MARY IVORY SMITH**<br>**2811 N SELKIRK DR**<br>**BOISE, ID 83702** | | 49 | **Common Stock** |
| **MARY PARK MCLEAN &**<br>**ANIL K MALIK TEN ENT**<br>**10725 KINLOCH RD**<br>**SILVER SPRING, MD 20903** | | 50 | **Common Stock** |
| **MATTHEW J CAIN**<br>**1457 COMO AVE**<br>**SAINT PAUL, MN 55108** | | 250 | **Common Stock** |
| **MICHAEL HOWARD LUECKE**<br>**SUBJECT TO STA TOD RULES**<br>**4112 CHERRYBROOK LOOP**<br>**FORT MEYERS, FL 33966** | | 55 | **Common Stock** |
| **MONSIEUR STEPHANE HALLEE**<br>**5332 RUE DU SUREAU**<br>**PIERREFONDS QC  H8Z 0A7** | | 75000 | **Common Stock** |
| **MR MICHAEL D TOFIAS**<br>**ODD LOT**<br>**TRIBECA GREEN**<br>**325 N. END AVENUE APT. 25B**<br>**NEW YORK, NY 10281** | | 1 | **Common Stock** |
| **MR OLEG BABKO**<br>**13026 23RD AVE NE**<br>**SEATTLE, WA 98125** | | 4700 | **Common Stock** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re   **Sport-Haley Holdings, Inc.**                                Case No. _____

_____
                        **Debtor**

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **MR. GEORGE BRADT**<br>**3342 STATE HWY 10**<br>**JOHNSTOWN, NY 12095** | | 100 | **Common Stock** |
| **NANCY LLOYD KAISER &**<br>**KRISTEN CAMPBELL JT WROS**<br>**793 CHESAPEAKE DR #67**<br>**TARPONSPRINGS, FL 34689** | | 138 | **Common Stock** |
| **NANCY NEWTON FINLEY TTEE**<br>**NANCY NEWTON FINLEY TRUST**<br>**U/A DTD 10/20/2000**<br>**PO BOX 371239**<br>**LAS VEGAS, NV 89137** | | 1200 | **Common Stock** |
| **NITIN SIKKA**<br>**3520 WHEELER ST APT 1455**<br>**DALLAS, TX 75209** | | 4615 | **Common Stock** |
| **OLEG BABKO**<br>**13026 23RD AVE NE**<br>**SEATTLE, WA 98125** | | 30724 | **Common Stock** |
| **OLEG BABKO**<br>**13026 23RD AVE NE**<br>**SEATTLE, WA 98125** | | 2283 | **Common Stock** |
| **OLEG BABKO**<br>**13026 23RD AVE NE**<br>**SEATTLE, WA 98125** | | 200 | **Common Stock** |
| **OLEG BABKO**<br>**APEX C/F TRADITIONAL IRA**<br>**13026 23RD AVE NE**<br>**SEATTLE, WA 98125** | | 100 | **Common Stock** |
| **PATRICIA JANE HUGHES TTEE**<br>**PATRICIA JANE HUGHES TRUST**<br>**7/12/1991**<br>**10270 S PROGRESS WAY**<br>**PARKER, CO 80134** | | 500 | **Common Stock** |
| **PATRICK DEPERTE**<br>**6 BROOKRIDGE CT**<br>**6 BROOKRIDGE CT**<br>**RYE BROOK, NY 10573** | | 450 | **Common Stock** |
| **PATRICK M HERRON III**<br>**33 SWAN PLACE**<br>**ARLINGTON, MA 02476** | | 9359 | **Common Stock** |

Sheet __11__ of __16__ continuation sheets attached to the List of Equity Security Holders

In re    Sport-Haley Holdings, Inc.                                   Case No. _____

_____
                    **Debtor**

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| PAUL BARYAMES<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>767 8TH ST<br>BOULDER, CO 80302 | | 8000 | Common Stock |
| PAUL WOJNICZ<br>71A TRAPHAGEN RD<br>WAYNE, NJ 07470 | | 1000 | Common Stock |
| PROCAPITAL<br>BRUSSELS-USA/R SINGLE ACC AGENCY<br>11 RUE DES COLONIES<br>1000 BRUXELLES | | 2700 | Common Stock |
| PROCAPITAL<br>PARIS - USA/R SINGLE ACC AGENCY<br>TOUR ARIANE 5<br>PLACE DE LA PYRAMIDE<br>92088 LA DEFENSE CEDEX, PARIS FRANCE | | 430 | Common Stock |
| PTC CUST SEP IRA FBO<br>KENT P NELSON<br>1449 AJAX WAY<br>LONGMONT, CO 80504 | | 200 | Common Stock |
| R SELNA & J SELNA & I SELNA TT<br>THE SELNA REVOCABLE TRUST<br>U/A DTD 01/21/1974<br>1350 SELNA CIR<br>CLARKDALE, AZ 86324 | | 1000 | Common Stock |
| RICHARD A RANDLES (DECD)<br>IRA SEP ACCOUNT<br>APEX CUST<br>556 COBBLESTONE AVE<br>ALLIANCE, OH 44601 | | 100 | Common Stock |
| RMG/2665/GRT CAPITAL PARTNERS<br>2099 GAITHER ROAD  SUITE 501<br>ROCKVILLE, MD 20850 | | 22706 | Common Stock |
| ROBERT F HOFFMAN<br>1763 PINEWIND DRIVE<br>ALBURTIS  PA  18011<br>  18011 | | 8260 | Common Stock |
| ROBERT JAMES MONSKI<br>5821 STONEARBOR PL<br>PINSON, AL 35126 | | 2900 | Common Stock |

Sheet __12__ of __16__ continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2014  Best Case  LLC  www.bestcase.com                                      Best Case Bankruptcy

In re    **Sport-Haley Holdings, Inc.**                                    Case No. _____
_____
                          **Debtor**

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **ROBERT JANSENS**<br>**RUE MONROSE 86**<br>**BRUSSELS**<br>**1030 BELGIUM** | | 2000 | **Common Stock** |
| **ROBERT LEINER IRA**<br>**TD AMERITRADE CLEARING INC CUSTODIAN**<br>**32 LEEDS LN**<br>**MONROE TOWNSHIP, NJ 08831** | | 3000 | **Common Stock** |
| **ROBERT M FISHER**<br>**SEP/IRA ETRADE CUSTODIAN**<br>**535 SHEARER HILL RD**<br>**BRATTLEBORO, VT 05301** | | 900 | **Common Stock** |
| **ROBERT W HALEY  &**<br>**KATHLEEN S HALEY JT TEN**<br>**5003 CEDAR CROFT DRIVE**<br>**BETHESDA, MD 20814** | | 10000 | **Common Stock** |
| **ROSALIND WALLACE FINLEY**<br>**717 PROUD EAGLE LN**<br>**LAS VEGAS, NC 89144** | | 1000 | **Common Stock** |
| **ROSE NAGY TRUSTEE**<br>**ROSE NAGY TRUST**<br>**U/A DTD 8-31-79**<br>**1840 LYSTER COURT**<br>**TRIOY, MI 48085** | | 100 | **Common Stock** |
| **RUSSELL A BARNETT**<br>**MARILYN L BARNETT JT TEN**<br>**3540 BONNER DR**<br>**OLIVE BRANCH, MS 38654** | | 50 | **Common Stock** |
| **SALLY J SANTOSUOSSO**<br>**2 WASHINGTON ST**<br>**LEXINGTON, MA 02421** | | 10000 | **Common Stock** |
| **SAMUEL A KIDSTON**<br>**22 CLAREMON STREET #2**<br>**SOMMERVILLE, MA 02144** | | 42169 | **Common Stock** |
| **SAMUEL A KIDSTON**<br>**22 CLAREMON STREET #2**<br>**SOMMERVILLE, MA 02144** | | 38131 | **Common Stock** |
| **SANDI TANNEN BENEFICIARY IRA OF**<br>**RUTH LEINER IRA**<br>**TD AMERITRADE CUSTODIAN**<br>**32 LEEDS LN**<br>**MONROE TOWNSHIP, NJ 08831** | | 3000 | **Common Stock** |

Sheet __13__ of __16__ continuation sheets attached to the List of Equity Security Holders

In re    Sport-Haley Holdings, Inc.                                    Case No. _____
                                    _____
                                              Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| SCOTTRADE INC CUST FBO<br>FLORENCE B ALLBAUGH IRA<br>110 JONATHAN CREEK DR<br>ETOWAH, NC 28729 | | 2000 | Common Stock |
| SCOTTRADE INC CUST FBO<br>JON E HARTSEL SEP IRA<br>C/O DONALD SMITH & CO<br>88 CHAMBERS ST APT 4<br>NEW YORK, NY 10007 | | 1000 | Common Stock |
| SCOTTRADE INC CUST FBO<br>HUDA FARHEEN ROTH IRA<br>1100 VINELAND RD<br>SAINT JOSEPH, MI 49085 | | 400 | Common Stock |
| SCOTTRADE INC CUST FBO<br>KAREN L GRIMES IRA<br>2130 E TORINO AVE<br>LAS VEGAS, NV 89123 | | 60 | Common Stock |
| SCOTTRADE INC CUST FBO<br>DEAN GRIMES JR IRA<br>2130 E TORINO AVE<br>LAS VEGAS, NV 89123 | | 50 | Common Stock |
| SEAN PL GAVIN<br>JENNIFER GAVIN<br>46 ELIOT ST<br>JAMAICA PLAIN, MA 02130-2752 | | 89719 | Common Stock |
| SEAN T SMITH<br>642 S YORK ST<br>DENVER, CO 80209 | | 4434 | Common Stock |
| SEMS DIVERSIFIED VALUE  LP<br>P O BOX 57<br>BERNARDSVILLE, NJ 07924-0057 | | 171300 | Common Stock |
| SHARON RYMAN TTEE<br>PATRICIA STEWART SPECIAL NEEDS<br>U/A DTD 05/10/67<br>707 CATALINA BLVD<br>SAN DIAGO, CA 92106 | | 5000 | Common Stock |
| SHAUN ALLEN DELAGE<br>25856 185TH AVE SW<br>CROOKSTON, MN 56716 | | 100 | Common Stock |
| SHERYL LYNN GRIMES<br>4401 SWANDALE AVE<br>LAS VEGAS, NV 89121 | | 150 | Common Stock |

Sheet __14__ of __16__ continuation sheets attached to the List of Equity Security Holders

In re    **Sport-Haley Holdings, Inc.**

_____,    Case No. _____

**Debtor**

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| SIMPLE MINDS LLC<br>10997 W 179TH TER<br>BUCYRUS, KS 66013 | | 5200 | Common Stock |
| SPORT HALEY HOLDINGS INC<br>4600 E 48TH AVE<br>DENVER, CO 80216 | | 1080 | Common Stock |
| STANLEY J BAZEWICZ &<br>MONICA M BAZEWICZ<br>JT TEN WROS<br>530 THIRWELL AVE<br>HAZELTON, PA 18201 | | 1300 | Common Stock |
| STEPHEN A VENABLES<br>120 A NORTH MARENGO AVENUE<br>ALHAMBRA, CA 91801 | | 500 | Common Stock |
| STEPHEN F DUNLAP<br>9115 STRADA PL UNIT 5414<br>NAPLES, FL 34108 | | 1100 | Common Stock |
| STEPHEN R FRIEDMAN ROTH IRA<br>TD AMERITRADE CLEARING INC CUSTODIAN<br>116 SOUTH DR<br>ISLAMORADA, FL 33036 | | 193 | Common Stock |
| STEPHEN STERN TTEE<br>U/A DTD 07/01/1985<br>BY STEPHEN STERN<br>801 SHOTGUN RD<br>SUNRISE, FL 33326 | | 200 | Common Stock |
| STEVEN L SINDER<br>525 SOUTH FLAGLER DRIVE<br>APT. 24B<br>WEST PALM BEACH, FL 33401 | | 8000 | Common Stock |
| STEVEN WAYNE MCEWEN II<br>2013 EAGLE DR.<br>EDMOND, OK 73034 | | 10 | Common Stock |
| SUMA L SETTY<br>11140 SPARKLEBERRY DRIVE<br>FORT MEYERS, FL 33913 | | 300 | Common Stock |
| SUZANNE CHAPMAN CUST<br>JOHN WYATT CHAPMAN<br>MA UNF TRANSFER TO MINORS ACT<br>2 AVERY STREET, APT 19E<br>BOSTON, MA 02111 | | 100 | Common Stock |

Sheet __15__ of __16__ continuation sheets attached to the List of Equity Security Holders

In re    Sport-Haley Holdings, Inc.                                            Case No._____
_____
                              **Debtor**

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| THOMAS ANTHONY NAVARROLI<br>2550 PACIFIC COAST HWY.<br>SP   113<br>TORRANCE, CA 90505 | | 400 | Common Stock |
| THOMAS S. APPENZELLER & ANNA M<br>APPENZELLER JT TEN<br>PO BOX 1012<br>ARBOLES, CO 81121 | | 1050 | Common Stock |
| TIMOTHY M CORCORAN<br>532 ADAMS ST<br>MILTON, MA 02186 | | 10 | Common Stock |
| TIMOTHY STABOSZ<br>1501 MICHIGAN AVE<br>LA PORTE, IN 46350 | | 87667 | Common Stock |
| TRACI THORESEN<br>IRA E*TRADE CUSTODIAN<br>8 KENWAY ST<br>CAMBRIDGE, MA 02138 | | 600 | Common Stock |
| TREBOR C BROWN<br>340 LAKE BEND CT<br>MILTON, GA 30004 | | 112300 | Common Stock |
| VICKY R VANCE<br>6406 OAK TREE CIR<br>EDMOND, OK 73025 | | 250 | Common Stock |
| WARREN J BOLING<br>2054 VAN LOON LN.<br>BISHOP, CA 93514 | | 1381 | Common Stock |
| WAYNE S MILLER<br>IRA E*TRADE CUSTODIAN<br>107 MORTON ST<br>APT 1A<br>NEW YORK, NY 10014 | | 220 | Common Stock |
| WILLIAM M RIDEN<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>106 RACE ST<br>LITITZ, PA 17543 | | 100 | Common Stock |
| WILLIAM SHURTZ<br>13607 LARAMIE VLY<br>SAN ANTONIO, TX 78253 | | 200 | Common Stock |

Sheet __16__ of __16__ continuation sheets attached to the List of Equity Security Holders

In re    **Sport-Haley Holdings, Inc.**                                    Case No. _____

_____
                              **Debtor**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date_____ 3/4/15 _____          Signature_____
                                              **Samuel A. Kidston**
                                              **Chief Executive Officer**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**United States Bankruptcy Court**
**District of Delaware**

In re    Sport-Haley Holdings, Inc.                                    Case No.

                                    Debtor(s)        Chapter    11


**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    Sport-Haley Holdings, Inc.    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**FREDRIC M DOEHRING**
**4105 SLEEPING INDIAN RD**
**FALLBROOK, CA 92028-9442**

**SEMS DIVERSIFIED VALUE  LP**
**P O BOX 57**
**BERNARDSVILLE, NJ 07924-0057**


☐ None [*Check if applicable*]


Date    3/4/15

Sharon L. Levine
Signature of Attorney or Litigant
Counsel for    Sport-Haley Holdings, Inc.
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068
(973) 597-2500 Fax:(973) 597-2400

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### District of Delaware

In re    <u>Sport-Haley Holdings, Inc.</u>                      Case No. _____
<br>                            Debtor(s)                       Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| AAA Cooper Transportation<br>1751 Kinsey Road<br>Dothan, AL 36303 | AAA Cooper Transportation<br>1751 Kinsey Road<br>Dothan, AL 36303 | AAA Cooper Transportation v. Chromcraft Revington, Inc.; Sport-Haley Holdings, Inc. Case No. CV-2014-900311.00 | Disputed | 51,136.00 |
| American Express<br>P.O. Box 360001<br>Fort Lauderdale, FL 33336-0001 | American Express<br>P.O. Box 360001<br>Fort Lauderdale, FL 33336-0001 | | | 42,793.73 |
| Cross Gate Svcs., Inc.<br>1730 General George Patton Drive<br>Suite 108<br>Brentwood, TN 37027 | Cross Gate Svcs., Inc.<br>1730 General George Patton Drive<br>Suite 108<br>Brentwood, TN 37027 | Cross Gate Svcs., Inc. v. Chromcraft Revington, Inc., et al; Case No. CV-2014-103-JMT (Judgment); Case No. 2014cv534; (Judgment) | Disputed | 26,729.59 |
| EKS&H<br>7979 E. Tufts Ave. Suite 400<br>Denver, CO 80237-9718 | EKS&H<br>7979 E. Tufts Ave. Suite 400<br>Denver, CO 80237-9718 | | | 49,268.00 |
| Ira David Casey<br>40 Poe Cove<br>Senatobia, MS 38668 | Ira David Casey<br>40 Poe Cove<br>Senatobia, MS 38668 | | Disputed | 6,692.30 |
| James Michael La Neve<br>210 North Brookfield Dr.<br>Lafayette, IN 47905 | James Michael La Neve<br>210 North Brookfield Dr.<br>Lafayette, IN 47905 | | Disputed | 23,365.38 |
| John White<br>6884 Highway 51 South<br>Hernando, MS 38632 | John White<br>6884 Highway 51 South<br>Hernando, MS 38632 | | Disputed | 5,308.62 |
| Kenneth Thompson<br>1453 Hyde Road<br>Senatobia, MS 38668 | Kenneth Thompson<br>1453 Hyde Road<br>Senatobia, MS 38668 | | Disputed | 6,988.16 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Sport-Haley Holdings, Inc.**                                                    Case No. _____

_____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Kenneth Wayne Lantrip<br>201 Sycamore St<br>Sardis, MS 38666 | Kenneth Wayne Lantrip<br>201 Sycamore St<br>Sardis, MS 38666 | | Disputed | 6,380.77 |
| Matthew Louis Prochaska<br>108 Como Trace Drive<br>Senatobia, MS 38668 | Matthew Louis Prochaska<br>108 Como Trace Drive<br>Senatobia, MS 38668 | | Disputed | 9,692.31 |
| Michael Andrews<br>915 Sandalwood Drive<br>Altoona, WI 54720 | Michael Andrews<br>915 Sandalwood Drive<br>Altoona, WI 54720 | | Disputed | 7,788.46 |
| Myron Hamas<br>c/o William R. Groth, Esq.<br>Fillenwarth Dennerline Groth & Towe, LLP<br>429 East Vermont Street, Suite 200<br>Indianapolis, IN 46202 | Myron Hamas<br>c/o William R. Groth, Esq.<br>Fillenwarth Dennerline Groth & Towe, LLP<br>Indianapolis, IN 46202 | Myron Hamas v. Sport-Haley Holdings, Inc.; Chromcraft Revington, Inc. Case No. 14-cv-0277-WCL-R BC | Disputed | 75,000.00 |
| Office Coord., Inc.<br>326 East Main Street<br>Chattanooga, TN 37408 | Office Coord., Inc.<br>326 East Main Street<br>Chattanooga, TN 37408 | Office Coord., Inc. v. Chromcraft Revington, Inc.; Sport-Haley Holdings, Inc. Case No. CH-14-0414 Judgment | Disputed | 100,000.00 |
| Roy L. Voyles<br>5763 Brice Cove SO<br>Olive Branch, MS 38654 | Roy L. Voyles<br>5763 Brice Cove SO<br>Olive Branch, MS 38654 | | Disputed | 7,793.65 |
| Shelia Darnell Adams<br>P.O. Box 487<br>Senatobia, MS 38668 | Shelia Darnell Adams<br>P.O. Box 487<br>Senatobia, MS 38668 | | Disputed | 6,480.00 |
| Thomas Totten<br>7609 N 300 E<br>Battle Ground, IN 47920 | Thomas Totten<br>7609 N 300 E<br>Battle Ground, IN 47920 | | Disputed | 11,423.07 |
| Turner Hughey<br>P.O. Box 798<br>Senatobia, MS 38668 | Turner Hughey<br>P.O. Box 798<br>Senatobia, MS 38668 | | Disputed | 5,334.62 |
| Watkins Shepard Trucking, Inc.<br>1500 Belaine<br>Helena, MT 59601 | Watkins Shepard Trucking, Inc.<br>1500 Belaine<br>Helena, MT 59601 | Watkins Shepard Trucking, Inc. v. Chromcraft Revington, Inc.; Sport-Haley Holdings, Inc.; North & Webster, LLC Case No. DV-14-798 | Disputed | 58,653.76 |

B4 (Official Form 4) (12/07) - Cont.
In re    **Sport-Haley Holdings, Inc.**

Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **William Raymond Becker 648 42nd Avenue Place NW Hickory, NC 28601** | **William Raymond Becker 648 42nd Avenue Place NW Hickory, NC 28601** | | **Disputed** | 9,138.46 |
| **Wiseway Motor Freight, Inc. 1450 Swasey Street, P.O. Box 838 Hudson, WI 54016** | **Wiseway Motor Freight, Inc. 1450 Swasey Street, P.O. Box 838 Hudson, WI 54016** | **Collection Letter** | **Disputed** | 26,544.86 |

B4 (Official Form 4) (12/07) - Cont.
In re    Sport-Haley Holdings, Inc.

Debtor(s)

Case No.

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date            3/4/15                    Signature

Samuel A. Kidston
Chief Executive Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.